ACCEPTED
03-15-00121-CR
5737216
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/18/2015 4:05:46 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00121-CR

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/18/2015 4:05:46 PM
JEFFREY D. KYLE
Clerk

TOM BENSON
Appellant,

VS.

THE STATE OF TEXAS,
Appellee.

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE HIS REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant, Tom Benson asks this Court to grant an extension of time to file his reply brief.

### Introduction

1. Appellant is Tom Benson; appellee is The State of Texas.

2. There is no specific deadline to file this motion to extend time. See Tex. R. App. P. 38.6(d).

## Argument & Authorities

3. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

4. Appellant's reply brief is due on June 18, 2015.

5. Appellant requests the Court to extend the date his reply brief is due until June 25, 2015.

6. No previous extension has been granted to extend the time to file Appellant's reply brief.

7. Appellant needs additional time to file his reply brief for two reasons: the staff member who helps in the preparation of the briefs in on vacation this week and the construction of the statute in question as raised in the State's brief was not contained in the State's Motion for Summary Judgment and not presented to the trial court and it has required additional time to completely present the issue in the reply brief. The purpose of this request is not for delay but to see that justice is done on issue raised by the State.

## Conclusion

8. The appellant needs and requests an extension until June 25, 2015 to file his brief and the State of Texas does not opposed the request.

## Prayer

9. For these reasons, Appellant asks the Court to grant an extension of time to file his reply brief until June 25, 2015.

Respectfully submitted,

/s/ Tom Benson

_____

Tom Benson, *Prose*
900 Jackson Street, Suite 750
Dallas, Texas 75202-4461
Texas Bar I.D. 02170500
(214) 742-9898
tomrbenson@gmail.com

## **Certificate of Conference**

I certify that on June 18, 2015, my office communicated by email with Mr. Tim Labadie, Assistant Travis County Attorney to tim.labadie@traviscountytx.gov , Attorney for Appellee The State of Texas, who stated that he is unopposed to the relief requested in the foregoing motion.

/s/ Tom Benson

_____

Tom Benson

APPELLANT'S UNOPPOSED MOTION TO EXTENT TIME TO FILE HIS REPLY BRIEF

## CERTIFICATE OF SERVICE

I certify that I have on this 18th day of June, 2015, before 5:00 P.M., caused a true and correct copy of the foregoing Appellant's Unopposed Motion to Extend Time to File his Reply Brief to Mr. Tim Labadie, Assistant Travis County Attorney by email to tim.labadie@traviscountytx.gov.

/s/ Tom Benson

Tom Benson